

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PARADISA HOMES, LLC, and ELITE HEATING & AIR CONDITIONING, LLC, | § | No. 08-25-00017-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 201st District Court |
| v. | | |
| | § | of Travis County, Texas |
| FRANK BUCHER and VANESSA BUCHER, | § | (TC# D-1-GN-24-003979) |
| Appellees. | | |
| | § | |

**MEMORANDUM OPINION**

Before the Court is Paradisa Homes, LLC and Elite Heating & Air Conditioning, LLC's (collectively, Appellants), and Frank Bucher and Vanessa Bucher's (collectively, Appellees) amended motion to voluntarily dismiss this appeal by agreement pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B).[1] The motion represents that the parties have agreed to attend binding arbitration and it asks this Court to set aside the trial court's December 5, 2024 order, without regard to its merits, and to remand this appeal to the trial court for rendition of a an agreed order to compel binding arbitration in accordance with the parties' agreement. The trial court's December 5, 2024 order denied a motion to compel arbitration.

---

[1] This appeal was transferred to this Court from the Third Court of Appeals pursuant to a Texas Supreme Court docket equalization order. Accordingly, we apply the Third Court of Appeals' precedent to the extent it conflicts with our own. *See* Tex. R. App. P. 41.3.

Rule 42.1(a)(2) of the Texas Rules of Appellate Procedure permits an appellate court to dispose of a civil appeal in accordance with an agreement signed by the parties or their attorneys and filed with the clerk. Tex. R. App. P. 42.1(a)(2). Moreover, courts of appeals may set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. Tex. R. App. P. 42.1(a)(2)(B). And finally, Rules 43.2 and 43.3 authorize the rendering of a judgment that reverses the trial court's judgment and remands the case to it for further proceedings. Tex. R. App. P. 43.2(d), 43.3(a).

As the parties have filed a signed agreement with the clerk of this Court, we find that the requirements of Rule 42.1(a)(2)(B) are met. Accordingly, Appellants' and Appellees' motion is granted. We set aside the judgment of the trial court without regard to the merits, and we remand the case to the trial court for rendition of an agreed order to compel binding arbitration in accordance with the parties' agreement. Tex. R. App. P. 42.1(a)(2)(B), 43.2(d), 43.3(a).

Costs are taxed against Paradisa Homes, LLC and Elite Heating & Air Conditioning, LLC. Tex. R. App. P. 42.1(d) (taxing costs against appellants in the absence of an agreement of the parties). We order that mandate in this appeal shall issue immediately. *See* Tex. R. App. P. 18.1(c), 2 (authorizing courts of appeals to suspend a rule's operation for good cause).


GINA M. PALAFOX, Justice

February 24, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.